FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

OCT 0 4 2010

JOHN LEY
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

10-cv-993

No. 10-14152-A

OCT - 5 2010

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

JIMMY L. CLAUSELL,

Plaintiff - Appellant,

versus

SUNTRUST MORTGAGE, INC.,

Defendant - Appellee.

Appeal from the United States District Court
for the Northern District of Georgia

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Jimmy L. Clausell failed to pay the filing and docketing fees to the district court, or alternatively, file a motion to proceed in forma pauperis in the district court within the time fixed by the rules, effective October 04, 2010.

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Deborah R. Owens, A, Deputy Clerk

A True Copy - Attested
Clerk U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

FOR THE COURT - BY DIRECTION