IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

1:10-cv-993

No. 10-14152-A

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 24 2011
JOHN LEY
CLERK

JIMMY L. CLAUSELL,

Plaintiff - Appellant,

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

versus

JAN 25 2011

SUNTRUST MORTGAGE, INC.,

JAMES N. HATTEN, CLERK
By: Deputy Clerk

Defendant - Appellee.

-----

On Appeal from the United States District Court for the
Northern District of Georgia

-----

BEFORE: TJOFLAT and CARNES, Circuit Judges.

BY THE COURT:

Appellant's "Motion to Set Aside the Dismissal...." is DENIED as this appeal is frivolous.

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 24, 2011

Jimmy L. Clausell
1342 Bryan Ave.
Atlanta, GA 30344

Appeal Number: 10-14152-A
Case Style: Jimmy Clausell v. Suntrust Mortgage
District Court Docket No: 1:10-cv-00993-TCB

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

This appeal remains closed and no further action will be taken.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Nancy Holbrook
Phone #: (404) 335-6183

MOT-2 Notice of Court Action